on the calendar if the respondents so elect. Present — Thomas, Mills, Putnam and Blackmar, JJ.; Jenks, P. J., not voting.

GEORGE BAGDON, Respondent, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Blackmar, JJ.

AUDLEY CLARKE, Appellant, v. BOROUGH ASPHALT COMPANY and DANIEL J. McCOY, Respondents, and WILLIAM KELLY, Defendant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

JAMES J. CROZIER, etc., Appellant, v. JAMES F. RICHARDSON and Another, Respondents.— Motion denied, and the time of the appellant to perfect his appeal is extended pending the decision of the appeal in the Court of Appeals in Daly v. Haight. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

CUPPLES CORDAGE COMPANY, Appellant, v. THE CITY OF NEW YORK, and R. A. C. SMITH, etc., Respondents.— Defendants' motion to dismiss appeal stands over until June 26, 1917, to enable appellant's attorney to submit affidavits required under our special rule showing that from the facts out of which the controversy arises the appeal is a meritorious one. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

MAURICE P. DAVIDSON, as Trustee, etc., Respondent, v. MARTIN KRAMER and LEOPOLD ROSENTHAL, Appellants.— Motion granted. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

EDISON ELECTRIC ILLUMINATING COMPANY OF BROOKLYN, Respondent, v. HORACE E. FRICK COMPANY and Others, Appellants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

ALFRED FOX, as Commissioner of Charities of the City of Yonkers, Respondent, v. JOHN KANE and RUDOLPH RUBIN, Appellants.— Motion to dismiss appeals denied, on condition that the defendant Kane pay fifty dollars to the prosecutrix within ten days, without prejudice to the appeals; if not so paid, the motion to dismiss appeals is granted, with costs. Present — Thomas, Mills, Putnam and Blackmar, JJ.; Jenks, P. J., not sitting.

In the Matter of SAMUEL CHUGERMAN, an Attorney.— Motion to confirm the report of the official referee granted, respondent disbarred, and his name stricken from the roll of attorneys. Present — Thomas, Stapleton, Rich, Putnam and Blackmar, JJ.

In the Matter of the Last Will and Testament of HENRY R. HOWELL, Deceased.— Motion denied, on condition that appellant perfect her appeal, place the case on the next calendar of this court and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.